UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF              )
                              )
NATASHA ROCHELLE LOWERY       )    BANKRUPTCY CASE NUMBER 09-14461
                              )              CHAPTER 7
         DEBTOR.              )

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 3 | Preferred Anesthesia Consultants, PC<br>1818 Carew Street, #220<br>Fort Wayne, Indiana  46805 | $ 1.86 |
| CLAIM # 5 | St. Joseph Hospital<br>Post Office Box 11229<br>Fort Wayne, Indiana  46856 | $ 4.20 |
| | **TOTAL:** | **$ 6.06** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven